## HARDY v. WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 147, September Term, 1965.]

*Decided June 27, 1966.*

676

Before HAMMOND, HORNEY, MARBURY, BARNES and Mc-WILLIAMS, JJ.

PER CURIAM.

For the reasons set forth in the opinion of Judge Harlan in the lower court, the application for leave to appeal is denied.

*Application denied.*